# Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1555. HOLT v. THE STATE.**

Theresa Holt filed a notice of appeal in this action, and the appeal was docketed on April 8, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Holt's brief was due no later than April 28, 2025. On April 25, 2025, Holt requested an extension of time to file her brief, which this Court granted. Holt requested another extension of time on May 19, 2025, and this Court granted her a second extension to June 2, 2025. That date has passed, and Holt has neither filed an appellate brief nor requested another extension of time. Accordingly, this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/25/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*